# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **TEJAS RESEARCH, LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**VIVID ENTERTAINMENT, LLC; AND VIVID ENTERTAINMENT GROUP,**<br><br>　　　　　　　　Defendants. | **Civil Action No. 6:12-cv-00296**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **TEJAS RESEARCH, LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**PLAYBOY ENTERPRISES, INC; AND PLAYBOY.COM, INC.**<br><br>　　　　　　　　Defendants. | **Civil Action No. 6:12-cv-00299**<br><br>**JURY TRIAL DEMANDED**<br><br>**CONSOLIDATED CASE** |
| **TEJAS RESEARCH, LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**WALGREENS.COM, INC.; AND WALGREEN CO.,**<br><br>　　　　　　　　Defendants. | **Civil Action No. 6:12-cv-00300**<br><br>**JURY TRIAL DEMANDED**<br><br>**CONSOLIDATED CASE** |

| | |
|---|---|
| **TEJAS RESEARCH, LLC,** <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>**ISTOCKPHOTO LP; AND GETTY IMAGES, INC.,** <br><br>　　　　　　　　Defendants. | **Civil Action No. 6:12-cv-00301-LED** <br><br> **JURY TRIAL DEMANDED** <br><br> **CONSOLIDATED CASE** |
| **TEJAS RESEARCH, LLC,** <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>**LFP INTERNET GROUP, LLC,** <br><br>　　　　　　　　Defendant. | **Civil Action No. 6:12-cv-00302-LED** <br><br> **JURY TRIAL DEMANDED** <br><br> **CONSOLIDATED CASE** |
| **TEJAS RESEARCH, LLC,** <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>**THE NEIMAN-MARCUS GROUP, INC., NEIMAN MARCUS, INC.,** <br>　　　　　　　　Defendants. | **Civil Action No. 6:12-cv-00303** <br><br> **JURY TRIAL DEMANDED** <br><br> **CONSOLIDATED CASE** |

| | |
|---|---|
| **TEJAS RESEARCH, LLC,**<br><br>               Plaintiff,<br><br>    v.<br><br>**ACADEMY, LTD D/B/A ACADEMYSPORTS + OUTDOORS D/B/A ACADEMY SPORTS AND OUTDOORS; AND ACADEMY.COM, L.L.C.,**<br><br>               Defendant. | **Civil Action No. 6:12-cv-00304**<br><br>**JURY TRIAL DEMANDED**<br><br>**CONSOLIDATED CASE** |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Tejas Research, LLC, and defendants Walgreens.com, Inc. and Walgreen Co., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Tejas Research, LLC, and defendants Walgreens.com, Inc. and Walgreen Co., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated October 9, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 15th day of October, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**